UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEMSHARES LLC, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:17-cv-06211 |
| ARTHUR JOSEPH LIPTON and ) SECURED WORLDWIDE, LLC, ) | Hon. Matthew F. Kennelly |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS, PURSUANT TO RULE 12(b)(6)**

Now Comes Defendants, ARTHUR JOSEPH LIPTON AND SECURED WORLDWIDE, LLC, by and through its attorneys, NIRO LAW GROUP LLC, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counts I through III of Plaintiff, GEMSHARES, LLC's, Amended Complaint (Dkt. 35) with prejudice for the reasons set forth in the accompany Memorandum of Law and Exhibits thereto, concurrently filed.

Dated: November 8, 2017

NIRO LAW GROUP, LLC

/s/ Christopher W. Niro
William L. Niro (bill@nirolaw.com)
Christopher W. Niro (chris@nirolaw.com)
NIRO LAW GROUP, LLC.
135 S. LaSalle Street, Suite 3025
Chicago, Illinois 60603
Telephone: (312) 767-2086
Fax: (312) 874-7350

*Attorneys for Defendants*