# EXHIBIT A



"The Greatest Vault Ever Made
Wasn't Buried In The Earth
But Made For Your Hand."

Joseph Lipton, CEO, Secured Worldwide



# The World's First Portable Vault.

Compact. Secure. Remarkable.

v°ULT is a world-changing innovation designed for trading diamonds, gifting diamonds, preserving wealth and creating liquidity.

A new and accessible asset, the portable security of v°ULT is both practical and intelligent.



2

3



# Hold A Diamond Like Never Before.



v°ULT.

Portable.
Technology-secured.
Unassailable.
Insurable.
Tradable.
Transparent.

A radical, new setting.

A world first.

v°ULT holds GIA-graded diamonds
in a lightweight case
embedded with multiple security features.
The system cannot be compromised and
enables easy authentication and identification.

5



# Levels Of Security Normally Found Behind 25-Ton Doors.

No bigger than the palm of your hand, v°ULT is constructed from a sintered zirconia case and a single crystal sapphire cover.



Single crystal sapphire

Proprietary smart device
- RFID chip
- Laser-engraved serial number
- Encrypted optical fingerprint

GIA-graded with laser-engraved certificate numbers

Patent-pending core with invisible optical signature

Wireless encrypted authentication chip

Sintered zirconia case



33 Left. 17 Right. 18 Left. Stop.
One full rotation counterclockwise.
Turn the handle 180 degrees.

6

## MULTI-FACTOR **AUTHENTICATION**



Secured Worldwide Server

ENCRYPTED
CHECK-COUNTERCHECK

AUTHENTICATE
VERIFY

Smart Devices

**3** ENCRYPTED IMAGE
ANALYSIS:
Secured Worldwide
app and server
confirm authenticity
of diamonds

**1**  CONFIRM
AUTHENTICITY:
Laser-engraved
serial number and
optical fingerprint

**2** INTERNAL NFC CHIP COMMUNICATION:
Encrypted check-countercheck with
Secured Worldwide server

*Beauty In The Eye Of The Encryptionologist.*

# From A Security Standpoint, It Is Altogether Genius.

With an internal security system that's unassailable, the diamonds inside v°ULT are impossible to alter.

 **IDENTIFICATION:** Six proprietary layers of security.

The invisible GIA certificate number is laser engraved on every diamond, the innermost layer of security.

The visible OCR laser serial number is the outermost layer.

In between are four more layers of the most advanced technologies for identification and communication — including an RFID smart device and a wireless encrypted authentication chip.

**AUTHENTICATION:** Three modes of authentication using any Android or iOS smartphone or tablet.

A small optical fingerprint and serial number on the face of v°ULT are recognized using the Secured Worldwide app.

An internal NFC chip conducts a check-countercheck process of encrypted authentication with the Secured Worldwide server.

An advanced invisible fingerprint verifies the authenticity of every diamond against the Secured Worldwide database.





◎ Carat

v°ULT 0.5-2.2 CARAT

0.5　0.75　1　1.5　2　3　4　5

◎ Color

v°ULT

| D E F | G H I J | K L M | N - R | S - Z |
| COLORLESS | NEAR COLORLESS | FAINT COLOR | VERY LIGHT COLOR | LIGHT COLOR |

◎ Clarity

v°ULT

| FL | IF | VVS$_1$-VVS$_2$ | VS$_1$-VS$_2$ | SI$_1$-SI$_2$ | I$_1$-I$_3$ |
|---|---|---|---|---|---|
| Flawless | Internally Flawless | Very, Very Slightly Included | Very Slightly Included | Slightly Included | Included |

◎ Cut

v°ULT

| EXCELLENT | VERY GOOD | GOOD | FAIR | POOR |
|---|---|---|---|---|

# Extraordinary Is Our Starting Point.

v°ULT holds only GIA-graded diamonds. Each diamond weighing between 0.5 to 2.2 carats is guaranteed to be in the D to G color grade and is identifiable by the laser-engraved GIA certificate number.

All diamonds are in the flawless to very slightly included clarity range, and cut quality is graded very good to excellent in proportion, symmetry and polish.





## Polished Diamond
### PRICE INDEX

**Source:** Bloomberg
Polished Prices Overall Index



## Spot Gold
### PRICE INDEX

**Source:** Bloomberg
Spot Gold Price
USD per Troy Ounce



## A Portfolio Asset Allocation



REAL ESTATE

CASH

PRIVATE EQUITY

HEDGE FUNDS

**COMMODITIES**
Energy
Precious Metals
Agriculture
**Diamonds**

PUBLIC EQUITIES

FIXED INCOME

VENTURE CAPITAL



# Overall, A Brilliant Investment.

Diamonds are one of the smallest, lightest and most concentrated forms of wealth in the world. As a pure investment, diamonds provide security during both inflationary and deflationary times.




# The Future. Diamonds.

Whether owned for wealth preservation or as a liquid asset, v°ULT is an intelligent way to add diversification to a portfolio as the value of a diamond — historically speaking — is forever.





## The Beauty Of Buying And Selling v°ULT.

As easy as v°ULT can be bought, it can be sold anytime, day or night, anywhere in the world through the Secured Worldwide web portal. Every v°ULT can be instantly recognized, authenticated and transparently priced, allowing v°ULT owners to list and sell their v°ULT with privacy and complete confidence.

## Hold A Diamond Like Never Before.

v°ULT is a world-changing innovation designed for trading diamonds, gifting diamonds, creating liquidity and the preservation of wealth.







14



# 8.8 cm x 5.6 cm:
# The Big, New Marketplace.

The marketplace for diamonds deserves global transparency and fairness.
The underpinning of a more secure, accessible asset class, v°ULT is an
investment in the future of diamonds.

The real luxury of v°ULT is the power to securely trade, gift and acquire
GIA-graded diamonds and sell them quickly and equitably, without reservation.

A liquid asset, the diamonds in every v°ULT are recognizable around the world.







# Black. White. Blue. Pink.
# And Titanium Nitride.

v°ULT offers a number of financial entry points. Each colored case holds a precise value, color and class of investment diamonds that can be priced in an instant.



# Behold, A Legacy.

A birth.
A wedding.
An anniversary.
A career achievement.
A thank you.

Life has milestones.

v°ULT marks these personal moments
with grandeur, sophistication and innovation.







## This Is Just The Beginning.

Convention has no place here.

Portable. Technology-secured.
Unassailable. Insurable. Tradable. Transparent.

A world first.

v°ULT is a luxury for diamonds
and a necessity for those dealing, gifting and trading them.

v°ULT holds GIA-graded diamonds in a lightweight case with  security that cannot be compromised. v°ULT brings value, authentication and liquidity to each and every buyer, owner and seller.

Through a web-enabled transaction on the Secured Worldwide portal, v°ULT can be transparently priced, bought or sold easily, confidently and privately — anytime, day or night, anywhere in the world.

v°ULT is how people will ultimately preserve wealth, invest, trade and gift diamonds.

v°ULT. Hold a diamond like never before.



# About Secured Worldwide



The secure and transparent way to buy, sell and invest in diamonds.

Secured Worldwide is an American company committed to v°ULT and the creation of this equitable and innovative asset class.

Secured Worldwide manufactures and distributes Portable Vaults throughout the world. We securely and seamlessly support them through a transparent online marketplace and secure authentication portal. We provide ethically sourced diamonds and practice ongoing Corporate and Social Responsibility.

**NEW YORK**

Secured Worldwide
211 Madison Ave
New York, NY 10016

**HONG KONG**

Secured Worldwide
Room 1225, 12/F Prince's Building
10 Chater Road, Central, Hong Kong

www.securedworldwide.com

© Secured Worldwide LLC 2014

24

