# EXHIBIT B

From: Victor Feldman [mailto:feldmanvic@aol.com]
Sent: Monday, May 11, 2015 5:08 PM
To: A Joseph Lipton
Cc: slk1139@aol.com; dmgramza@att.net; andrew@gemshares.com
Subject: GemShares update

Dear Joe,

As per your request, below is an update of GemShares projects since our last update to you of Thursday, April 16, 2015. The primary focus of GemShares has been on Indicies, patent and trade marking and financial product production.

### Indices

GemShares in conjunction with NASDAQ has determined the index calculation methodology. After this step was completed the next step was to begin the production of a GemShares index. Over the past month we received very slow response from NASDAQ which up until that point their cooperation in the production of a series of indices was excellent. However, NASDAQ has been going through management changes and a new strategic direction in their global index and data groups. Their new focus is on smart beta indexes and with their $235m purchase of Dorsey Wright, they have made significant capital outlays to move this strategy forwarded. Diamonds are no longer of strategic interest to them and the team there cannot focus their efforts on our project given their new mandates.

GemShares had a conference call with NASDAQ two weeks ago to get an update on their new focus of their global Index and data groups. Even though there was some indication that NASDAQ was willing to produce a GemShares index, we were concerned about the ability to produce other indexes in the future and the decision was made to look elsewhere for GemShares index production. We are still on very good terms with the people that we worked with at NASDAQ and NASDAQ has confirmed that they will not only provide all information but will also have a phone call to explain what they have done with any other vendor that we decide to work with on this project.

The next day GemShares approached the LSE about investigating having FTSE, a division of LSE, create our indexes. The idea was enthusiastically received. LSE CONTACTED FTSE to begin the vetting process last Monday. GemShares index information is now with upper management at FTSE Based on previous investigative work done by Vic, there is a possibility that FTSE will be able to accept data directly from the suppliers. This would shorten our path to producing the index, eliminate the need for the third party technology and put us in the position so that we can go to the suppliers with specific requests. For your reference, in the NASDAQ model NASDAQ could not handle the data directly from the suppliers and intermediate technology needed to be developed. All indications are this will not be necessary with a FTSE index calculation.

As a reminder, we originally chose NASDAQ as a brand in the financial community that would give the diamond industry comfort in the protection of the data and the seriousness of the project. NASDAQ is not the only brand that can bring credibility and regulatory comfort to the diamond industry. FTSE which is owned by the LSE and is the second largest producer of indexes in the world bring that same brand awareness to the project and it will be strengthened even further when a sponsor officially licenses our IP for financial products.

If LSE and FTSE decide not to produce the indices, GemShares has contacts at Thompson Reuters and Bloomberg for index production and broadcasting.

### Patent & Trademarking

GemShares has continually refined with counsel a comprehensive 3rd patent. This process has absorbed significant GemShares and legal time. The 3rd patent has been submitted. We have been informed that an examiner has been assigned to review the patent and we are waiting for feedback from the examiner.

**Financial Product Production**
After numerous meetings with LSE on the production of a futures contract, recently the decision was made to pursue the development of a ETC (Exchange Traded Commodity ) first and then a futures contract which would also lead to an ETF.

GemShares had a meeting with LSE and Borsa Italiana on the development of the ETC. Borsa Italiana is open to listing the product. The next step is to identify a sponsor. We are now investigating potential European and US sponsors for an ETC. Once a sponsor has been identified, the production of an ETC should occur rapidly. The ETC sponsor could also be a sponsor for the ETF.
Consideration has also been given to the development of a private fund and a closed-end mutual fund.

As discussed, you are sending an update on Secured World.

Be well,
Vic