# EXHIBIT C

-----Original Message-----
From: John Sibrava [mailto:jsibrava@hsklaw.com]
Sent: Friday, September 4, 2015 9:54 PM
To: Cormac Kinney [cormac.kinney@gmail.com] <https://urldefense.proofpoint.com/v2/url?u=http-3A__cormac.kinney-40gmail.com&d=DwIFAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=UYHzI7jPtqI9quBlwFDYObp_OZCld79fpPXbIK0Ck0E&m=ERFR7_I-l8m5R6LXGULzNYKculmSGIKrIaokjagbRvg&s=5HO1OEbrO3Epliczydg-ncNIRn30_FbxyOjvPnz5GTk&e=>
Subject: GemShares, LLC

Mr. Kinney,

Please let me point out a few things concerning the position being taken by GemShares, LLC in regard to the federal court litigation now pending in New York.

This federal litigation pits you against Secured World Wide, LLC and, also, against Joseph Lipton.

GemShares, LLC has assumed a hands-off position in regard to the litigation between you, Secured World, LLC and Joseph Lipton. GemShares, LLC is neither an adversary of nor an advocate for you or anyone else in the litigation.

Given the company's position, I have no authority to and I cannot voluntarily undertake to accept service of a subpoena for deposition of any of the members or the company.

John Sibrava
Hardt, Stern & Kayne, P.C.
2610 Lake Cook Road, Suite 200
Riverwoods, Illinois 60015
847.597.2150 Tel.
847.924-0156 Cell
866.418.9727 Direct Fax
jsibrava@hsklaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of Hardt, Stern & Kayne, P.C. is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.