# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| GEMSHARES LLC, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:17-cv-06211 |
| ARTHUR JOSEPH LIPTON and ) SECURED WORLDWIDE, LLC, ) | Hon. Matthew F. Kennelly |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, November 9, 2017 at 8:30 a.m., the parties will appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2103, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present Defendants' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) and MEMORANDUM OF LAW IN SUPPORT THEREOF, a copy of which is hereby served on you.

Respectfully submitted,

/s/ *Christopher W. Niro*
William L. Niro (bill@nirolaw.com)
Christopher W. Niro (chris@nirolaw.com)
NIRO LAW GROUP, LLC.
135 S. LaSalle Street, Suite 3025
Chicago, Illinois 60603
Telephone: (312) 767-2086
Fax: (312) 874-7350

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2017 the foregoing

NOTICE OF MOTION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record.

**Robert Geoffrey Cooper**
**Mitchell S. Chaban**
Levin Ginsburg
180 North LaSalle Street, Suite 3200
Chicago, IL 60601-2800
312-368-0111
312-368-0100
Email: rcooper@lgattorneys.com
Email: mchaban@lgattorneys.com

**Christine Anne Gaddis**
**David Edward De lorenzi**
**Tryn Thomas Stimart**
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4823
Email: cgaddis@gibbonslaw.com

/s/ *Christopher W. Niro*
Attorneys for Defendants
NIRO LAW GROUP, LLC