UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Gemshares LLC

                                      Plaintiff,

v.                                                            Case No.: 1:17−cv−06221
                                                               Honorable Matthew F. Kennelly

Arthur Joseph Lipton, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

     MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 7/30/2019. Motion for leave to file limited appearance [259] and motion for sanctions [262] are denied for reasons stated in open court. Response to motion for an assignment of the SWW patent application [263] to be filed by 8/2/2019; ruling is set for 8/5/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.